# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIFRAX I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:22-cv-00341 |
| v. | ) |
| | ) |
| BRIAN BRADLEY, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION IN SUPPORT OF MOTION TO FILE FIRST AMENDED COMPLAINT

I, Mark S. Kittaka, as counsel for Plaintiff Unifrax I LLC ("Unifrax") and in that capacity having knowledge about the facts included herein, declare under penalty of perjury under 28 U.S.C. 1746 that the following facts are true and correct:

1. In this trade secret lawsuit, the undersigned, on behalf of Unifrax, took the deposition of Defendant Brian Bradley on March 21, 2023.

2. In that deposition, Unifrax confirmed a number of key facts concerning the purpose, scope, and manner in which Defendant Bradley intentionally misappropriated Unifrax's confidential business and trade secret information.

3. The deposition also confirmed that Bradley took an enormous volume of Unifrax confidential business and trade secret information for the purpose of having continued access to those documents to use on a going forward basis, in his new job at Nutec.

4. In Defendant Bradley's deposition Unifrax learned for the first time, that Bradley used information that he obtained and/or learned from Unifrax on Nutec's behalf to make Nutec product modifications and improvements.

1

5.      Unifrax also learned in the deposition that Bradley has effectively worked as the sole engineer at Nutec, a role that uniquely positions Bradley to use the over 160 gigabytes of Unifrax documents and information that he stole from Unifrax to benefit Nutec, and competitively harm Unifrax

6.      These above summarized facts which were revealed at Bradley's deposition on March 21, 2023 (transcript received March 27, 2023), form the basis of factual allegations and additional claims that Unifrax intends to assert in the First Amended Complaint, which are shown in redline in the proposed First Amended Complaint attached as Exhibit 1 to the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023.

*/s/ Mark S. Kittaka*
Mark S. Kittaka