**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNIFRAX I LLC,                          )
                                        )
    Plaintiff,                          )
                                        )   Case No.:  1:22-cv-00341
v.                                      )
                                        )
BRIAN BRADLEY,                          )
                                        )
    Defendant.                          )

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION**
**TO AMEND COMPLAINT**

This matter came before the Court on the Motion to Amend Complaint filed by Plaintiff Unifrax I LLC (the "Motion").  The Court, having considered the Motion, and all arguments and authorities properly before the Court, finds good cause and now **GRANTS** Plaintiff's Motion and Plaintiff is ordered to file and serve the clean version of the First Amended Complaint attached as Exhibit 1 to the Motion upon Bradley and new defendant Nutec, Inc. in accordance with Local Rule 15.

A Status Conference will be held on _____to discuss the modification of Court's Second Amended Case Management Plan to account for Nutec's presence as a new party to the case and the effect of additional claims asserted on current discovery and dispositive motion deadlines.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
Hon. Lawrence J. Vilardo
WESTERN DISTRICT OF NEW YORK